1  Name: ERNEST G. LOGAN
2  Address: GENERAL DELIVERY
3  HEMET, CA, 92546
4  Phone: n/A
5  Plaintiff In Pro Per

FILED
CLERK, U.S. DISTRICT COURT
JUN 27 2022
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION   BY DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

B/O
N/S

ERNEST G. LOGAN,                    ) Case No.: EDCV22-01081-MCS(SKx)
                                     ) (To be supplied by the Clerk)
        PLAINTIFF,                   ) COMPLAINT FOR: #470#
   vs.                               ) RACKETEER Influenced
PECHANGA CASINO RESORT               ) & CORRUPT ORG.
45000 PECHANGA PKWY                  ) PREJUDICE-DISCRIMINATION
TEMECULA, CA, 92592                  ) (TO AMERICAN CITIZENS) not
                                     ) from THERE RESERVATION
                                     )                    (making
                                     ) Jury Trial Demanded  DOUBLES)
        DEFENDANT(S).                )
                                     )

## I. JURISDICTION

1. This Court has jurisdiction under RIVERSIDE COUNTY DUE TO misconduct by Professional negligence THE SOUTHERN California RESERVATION CASINOS

ARE making Doubles of many Citizens THAT COME TO THERE RESERVATIONS TO GAMBLE. AND THERE growing, THE PUBLIC must be Told.

Pro Se Clinic Form                          Page Number

## II. VENUE

2. Venue is proper pursuant to  LOCAL RULES of COURT #11#

## III. PARTIES

3. Plaintiff's name is ERNEST G. LOGAN . Plaintiff resides at: GENERAL DELIVERY HEMET, CA 92546

4. Defendant (witness) MR. MAYA #06929 "DETECTIVE" PUBLIC SAFETY officer" PECHANGA

5. Defendant (witness) MR. ARGURIS "OFFICER" PUBLIC SAFETY"

Pro Se Clinic Form          Page Number

1  ___. Defendant MR. ALEXIS "officer" PUBLIC SAFETY
2  Insert ¶ # (WITNESS)
3
4
5
6
7
8  ___. Defendant MR. YOUNG "officer" PUBLIC SAFETY
9  Insert ¶ # (WITNESS)
10
11
12
13
14
15  ___. Defendant MR. STEVEN "officer" PUBLIC SAFETY
16  Insert ¶ # (WITNESS)
17
18
19
20
21
22  ___. Defendant _____
23  Insert ¶ #
24
25
26
27
28

Pro Se Clinic Form                                    Page Number

## IV. STATEMENT OF FACTS

3. On Tuesday (6-21-2022) AT 6:30 Am
4. I paid (R.T.A) Bus #24 Lime To go To Pechanga.
5. for my (RAFFLE-DRAWING) SWIPE money-win
6. once a week.
7. I ARRIVED AT (CASINO) 7:00 Am WENT TO USE
8. BATHROOM TO (PEPE & KA-KA) DUE TO long Bus
9. Ride AT 7:15 Am I WAS ESCORTED out of
10. BATHROOM by (PECHANGA POLICE) PUBLIC SAFETY.

12. (PUBLIC SAFETY POLICE) MR. MAYA DETECTIVE
13. & five male officers.
14. INSTRUCTED (LOGAN - PLAINTIFF) THAT All His
15. (Public Safety officers) STATED HE STEALS ~~CASH Vouchers~~
16. CASH VOUCHERS from CUSTOMERS AT $ All
17. RESERVATION CASINOS.
18. So Today this (TUESDAY) 6-21-2022) SWIPE DRAWING
19. money will be disqualified.

21. Also, He will be banned for Life from
22. TEMECULA CITY, & PECHANGA CASINO RESORT.
23. for (Smoking Cigar Sweets & CANNABIS MARIJUANA)
24. in bathroom stall.

26. If He is EVER CAUGHT on TEMECULA PROPERTY
27. VIOLENCE To DEATH, will be enforced.
28. He WAS ESCORTED by 5# police off PROPERTY
   WITH VIOLATION PAPER AT 7:35 Am.

(P.S.) THE guards And Customers ARE
SNORTING COCAINE & Smoking METH in RESTROOM

## V. CAUSES OF ACTION

### FIRST CAUSE OF ACTION

( ERNEST G. LOGAN )
*insert title of cause of action*

(As against Defendant(s): PECHANGA CASINO RESORT )

Insert ¶ # — In Violation of (MEDICAL CANNABIS) LAW, of CALIFORNIA. if YOUR RESERVATION is INVITEing PEOPLE CITIZENS TO YOUR COMPANY. YOU MUST OBEY CALIFORNIA CANNABIS LAW.

Insert ¶ # — "PLAINTIFF" HAS (MEDICAL-DOCTORS) Known TO HAVE (INSOMIA).

LAST Known DOCTOR Hollywood (CITY) & MELROSE.

Insert ¶ #

Pro Se Clinic Form                    *Page Number*

## SECOND CAUSE OF ACTION

( ERNEST G. LOGAN )
*insert title of cause of action*

(As against Defendant(s): PECHANGA CASINO RESORT )

*Insert ¶ #* . All (Public SAFETY - RESERVATION POLICE) MUST HAVE A VALID GUARD CARD WITH SACRAMENTO CAPITOL. AT (BUREAU CRiminAL ANALYSIS RECORDS P.O. BOX # 903417, SACRAMENTO, CA, 94203)

*Insert ¶ #* . TO ARREST, DETAINE, OR USE VIOLENCE FORCE WITH LAW ENFORCEMENT UNIFORMS-ON. TO PRACTICE LAW. GUARD CARD MUST BE RE-NEWED (ONCE A YEAR.)

*Insert ¶ #*

Pro Se Clinic Form          Page Number

## FOURTH CAUSE OF ACTION

( ERNEST G. LOGAN )
*insert title of cause of action*

(As against Defendant(s): PECHANGA CASINO, RESORT )

DUE TO THE (MAJOR- CONSPIRACY)
by CASINO RESERVATION PUBLIC SAFETY Police.
in SOUTHERN CALIFORNIA
by CASINO RESERVATION (Employees & GUARDS police)
RECORDS WRITING.
ARE DOCUMENTED AS
FATAL ATTRACTION - ENEMY/S
(DUE TO DISCRIMINATION).
To (MR. ERNEST. G. LOGAN) STEALING HIS
(I.D.) IDENTATY & PROFILE. MAKING A DOUBLE.
(MR. MAYA #06929) & LISTED DEFENDANTS
(MR. ARGURIS)(MR. ALEXIS)(MR. YOUNG)(MR. STEVEN).
(P.S.) Also COTTON SWAB on RESERVATION Employees
(AT) Soboba CASINO    MORONGO CASINO
1020 Soboba Rd    49500 SEMINOLE DR
SAN JACINTO, CA 92583   CABAZON, CA, 92230
SPOTLIGHT #29 CASINO    FANTASY SPRINGS
46200 HARRISON PL    84245 Indio Springs DR.
COACHELLA, CA, 92236    Indio, CA, 92203.
PALA CASINO    THESE NAMED CASINOS
11154· CA-76    All HAVE A DOUBLE
PALA, CA, 92059.    of ME. PLEASE CHECK
    TO SEE IF I BEEN THERE.

## VI. REQUEST FOR RELIEF

WHEREFORE, the Plaintiff requests:

1. MAXIUM CREDIT PRIVILEGES of SIX-million-DolIARS $6.000.000 of PECHANGA PUBLIC SAFETY LOCATIONS eASinos, ETc

2. All (PUBLIC SAFETY/-Police) of (RESERVATION CASinos) MUST be REGISTERED WITH (BUREAU CRiminAL AnAlysis RECORDS) P.O. Box #903417, SACRAMENTO, CA, 94203 WITH A VAlid GUARD CARD, EVERY YEAR.

3. (LAST but not LEAST). (DiSTRict COURT JUDGE) ORDER A (COTTON SWAB) of SOUTHERN CA. CASinos SIX #6# STORES THAT MADE A (DOUBLE) using His (I.D.) & PROFILE of (ERNEST G. LOgan).

Soboba CASino
1020 Soboba Rd
SAn JACinTo, CA, 92583

moRongo CASino
49500 SEMinoLE DR
CABAZon, CA, 92230

SPOTLight 29" CASino
46200 HARRison PL
COACHEllA, CA, 92236

fAnTASY SPRings
84245, Indio Springs DR
Indio, CA, 92203

PALA CASino
11154 CA-76
PALA, CA, 92059

THESE hAmed CASinos #6# All MADE A (DOUBLE) using my (I.D.) & InforMATion PROFILE, Doing CRIME RAPES, DRUGS. & STEAling my IN COME & CASino money, RAffles gifts AT THERE RESERVATION CASinos with "COTTON SWAB" on All EmpLYEEI with "LogAn nAME.

## VII. DEMAND FOR JURY TRIAL

Plaintiff hereby requests a jury trial on all issues raised in this complaint.

Dated: JUNE-22-2022

Sign: *Ernest G. Logan*

Print Name: ERNEST G. LOGAN

Plaintiff in pro per

# DEPARTMENT OF PUBLIC SAFETY
# PROPERTY RESTRICTION



__ERNEST LOGAN_____  _____
Guest Name (full legal name)         Nickname or Alias if Applicable

__GENDEL._____  __HEMET._____
Home Address                         City, State, Zip Code

_____  _____
Mailing Address (if different than above)  City, State, Zip Code

___-___-_____                       (____)____-_____
Social Security Number               Phone Number

I understand English or have had an interpreter read and explain this form to me in __ENGLISH__

I have been banned from entering or using the services or privileges of Pechanga Resort & Casino for a period of ❏ 30 Days  ❏ 90 Days  ❏ One Year  ❏ Five Years  ☒ Lifetime
❏ Pending Restitution _____  ❏ Pending PDC Review  ❏ Other _____
I acknowledge, understand and agree that should I attempt to enter Pechanga or participate in gaming or other services <u>such entry shall constitute trespass</u> and that, once identified, I shall be escorted from the facility and <u>any winnings or prizes I may have accrued or losses recovered will be confiscated.</u> Additionally, I may be subject to trespass and/or other criminal charges.

I will not seek to hold Pechanga Resort & Casino liable in any way should I enter their facility and/or use any of the services or privileges. Specifically, I for myself, my heirs, executors, administrators, successors, and assigns, hereby release and forever discharge Pechanga Resort & Casino, the Pechanga Band of Luiseno Indians, and their respective agents, employees, officers and members (collectively, the "Released Parties") from any and all claims in law or equity that I now have, or may have in the future, against any or all of the Released Parties arising out of, or by reason of, the performance or non-performance of this property restriction, or any matter relating thereto. I further agree, in consideration for the Released Parties' efforts to implement my exclusion, to indemnify and hold harmless the Released Parties to the fullest extent permitted by law for any and all liabilities, judgment, damages, and expense of any kind, including reasonable attorney's fees, resulting from or in connection with the performance or non-performance of these property restrictions.

I hereby give consent to have my photograph taken for the purposes of this restriction. I also declare that all information submitted on or with this restriction form is true, correct and complete.

__REFUSED TO SIGN_____  __6-21-22_____
Signature                            Date

☒ I.D. Verified __A7230900_____  ❏ No I.D. Verbally Provided

__MM_____  __6929__  __6-21-22_____
Pechanga Resort & Casino Witness  TM #  Date

Case #: __22F-02379__

MR MAYA
DETECTIVE
06929

PUBLIC SECURITY
DISCRIMINATION
PREJUDICE

DETE

6-21-2022

(OFFICER
MR. ARGURI
MR. ALEXIS)

"QTC" 5.21.2022
28999. DR. JOHNSTON
6.21.2022